Anthony JERDINE, Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 09–16239

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 18, 2010.

Anthony L. Jerdine, Youngstown, OH, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Respondent-Appellee.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Lewis Jerdine, a felon on supervised release, appeals *pro se* the denial of his motion to dismiss his information. Fed. R.Crim.P. 12(b)(3)(B). The district court construed Jerdine's pleading as a motion to vacate, 28 U.S.C. § 2255, and dismissed the motion without prejudice at Jerdine's request. Jerdine challenges the refusal of the district court to treat his filing as a petition for a writ of error coram nobis, but we rejected Jerdine's argument about that writ in a previous appeal. *United States v. Jerdine*, 379 Fed.Appx. 963 (11th Cir.2010). The district court did not abuse its discretion by dismissing Jerdine's motion without prejudice.

We **AFFIRM** the dismissal of Jerdine's motion.